1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Acting Chief, Criminal Division

4  DENEE A. DILUIGI (COSBN 35082)
   Special Assistant United States Attorney
5
   DERRY RIEDEL
6  Law Clerk

7  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
8  Telephone: (415) 436-6835
   Fax: (415) 436-7234
9  Email: Derry.Riedel@usdoj.gov

10 Attorneys for Plaintiff

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,        )   Case No. CR 05-00376 MAG
                                    )
15     Plaintiff,                   )
                                    )   **ORDER FOR SUMMONS**
16     v.                           )
                                    )
17 DAVID P. RUWART,                 )
                                    )
18     Defendant.                   )
                                    )
19 _____   )

20     Having reviewed the Declaration of Derry Riedel, the Court finds that probable cause exists
21 to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
22 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant David Ruwart
23 appear on July 11 at 9:30 am before Magistrate Judge Edward M. Chen to answer the
24 Information that has been filed by the United States Attorney.

25     IT IS SO ORDERED.

26 Dated: _____            _____
27                                 MARIA-ELENA JAMES
                                   United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 05-00376 MAG